1210

No. 82-1176.   BENNETT, ADMINISTRATRIX OF THE ES-
TATE OF BENNETT v. ENSTROM HELICOPTER CORP.   C. A.
6th Cir.   Certiorari denied.

No. 82-1197.   WILLIAMS v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.

No. 82-1210.   GIACOMINO v. UNITED STATES.   C. A. 7th
Cir.   Certiorari denied.

No. 82-1232.   BULGATZ ET AL. v. UNITED STATES.
C. A. 8th Cir.   Certiorari denied.

No. 82-1239.   DENEEN v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.

No. 82-5417.   ANGLE, AKA MCCLURE v. BOWEN ET AL.
Sup. Ct. N. J.   Certiorari denied.

No. 82-5467.   COSTANZO v. UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.

No. 82-5500.   LONG v. UNITED STATES; and
No. 82-5708.   CROWELL v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.   Reported below: 688 F. 2d 848.

No. 82-5516.   BOWMAN v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 82-5552.   GREEN v. UNITED STATES.   C. A. D. C.
Cir.   Certiorari denied.

No. 82-5570.   BELL v. IOWA.   Sup. Ct. Iowa.   Certiorari
denied.

No. 82-5574.   LASWELL ET AL. v. WEINBERGER, SECRE-
TARY OF DEFENSE, ET AL.   C. A. 8th Cir.   Certiorari de-
nied.